UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACEY WONG,

                    Plaintiff,

          -against-                                          18-CV-5692 (NSR)

BLIND BROOK-RYE UNION FREE SCHOOL                           ORDER OF DISMISSAL
DISTRICT, JOHNATHAN ROSS, *individually*, and
PATRICIA LAMBERT, *individually*,

                    Defendants.

NELSON S. ROMÁN, United States District Judge:

     Plaintiff Tracey Wong ("Plaintiff") filed the present action on June 22, 2018, asserting

claims sounding in, *inter alia*, employment discrimination. (ECF No. 1.) Plaintiff filed an

amended complaint on October 22, 2018. (ECF No. 3.) On March 2, 2020, the Court issued an

order directing Plaintiff to show cause in writing on or before April 3, 2020, why this action

should not be dismissed without prejudice for want of prosecution pursuant to Federal Rule of

Civil Procedure 41(b). (ECF No. 4.) By letter dated April 1, 2020, Plaintiff responded to the

Court's Order to Show Cause. (ECF No. 5.) Plaintiff seeks to withdraw the Amended

Complaint without prejudice pursuant to Federal Rule of Civil Procedure 4(m). (*Id.*)

     In light of the foregoing, it is hereby ORDERED that the Amended Complaint is

permitted to be withdrawn and the action is dismissed in its entirety without prejudice. The

Clerk of the Court is respectfully directed to close the case.

Dated:    April 4, 2020                              SO ORDERED:
          White Plains, New York

                                                     _____
                                                     NELSON S. ROMÁN
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2020